AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| United States of America<br>v.<br><br>DRAKE BEST<br>*Defendant(s)* | )<br>)<br>)  Case No.<br>)         2:20-mj-0042-CMM<br>)<br>)<br>) |

**FILED**
**10/08/2020**
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Roger A.G. Sharpe, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  07/31/2020  in the county of  Vigo  in the
Southern  District of  Indiana , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Possession of a Firearm by a Prohibited Person |

This criminal complaint is based on these facts:
See Affidavit

☑ Continued on the attached sheet.

s/ Steven Secor
*Complainant's signature*

Steven T. Secor, Special Agent/FBI
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by
telephone   *(reliable electronic means)*

Date:  10/8/2020

*Van Willis*
*Judge's signature*

City and state:   New Albany, IN             Hon. Van Willis, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, STEVEN T. SECOR ["AFFIANT"], being duly sworn according to law, depose and state as follows:

1. I am and have been employed as a Special Agent with the Federal Bureau of Investigation ["FBI"] since September of 2003. Prior to that time, I spent 17 weeks training to be a Special Agent at the FBI Academy in Quantico, Virginia beginning on June 1, 2003. Through the FBI, I have received extensive training related to the investigation of federal crime to include firearms offenses, bank robberies, and assorted other violent crimes. I am currently assigned to the FBI Violent Crime Task Force ["VCTF"] in the Indianapolis Field Office of the FBI. In this assignment, I investigate all manner of violent crime, to include felons in possession of firearms.

2. Your AFFIANT is an "investigative or law enforcement officer" within the meaning of Section 2510(7) of Title 18, United States Code; that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for offenses enumerated in Title 18 of the United States Code.

3. This affidavit is submitted in support of an application for a Warrant for Arrest of DRAKE BEST ["BEST"], white male, date of birth XX/XX/1998 and Social Security Account Number XXX-XX-2980. Based on my training and experience, and based on the facts below, your AFFIANT believes that BEST committed the federal violation of felon in possession of a firearm in violation of Title 18 U.S.C., Section 922(g) on or about July 31, 2020 in the Terre Haute Division of the Southern District of Indiana.

4. The statements contained in this affidavit are based in part on information provided by, and conversations held with, Special Agents of the FBI; Task Force Officers ["TFOs"] assigned to the Indianapolis VCTF; detectives and patrol officers of the Brownsburg (Indiana) Police Department ["BPD"]; witnesses; and on your AFFIANT's experience and background as a Special Agent of the FBI.

5. Your AFFIANT has not included each and every fact that has been revealed through the course of this investigation. Your AFFIANT has set forth only the facts that are believed to be necessary to establish the required foundation for this issuance of the requested Warrant for Arrest.

## BACKGROUND OF THE INVESTIGATION

6. On September 3, 2020, your AFFIANT was made aware of a series of Facebook Messenger postings made by BEST. Facebook is an online social media platform which allows users to post photos, videos, and texts and to participate in private online chats through the embedded messenger function.

7. Facebook does not require users to create their on-line profiles with their actual names. In this instance, BEST's Facebook profile is maintained under the name "Himiko Toga." Himiko Toga's Facebook profile lists him as living in Brazil, Indiana. Your AFFIANT is familiar with BEST's physical appearance having previously participated in an investigation during which BEST was interviewed by the FBI. The pictures associated with the Himiko Toga profile appear to your AFFIANT to be BEST. Further, your AFFIANT knows BEST to reside at a known address in Brazil, Indiana.

8. FBI TFO Jennifer Barrett ["TFO BARRETT"] also participated in the previous investigation during which BEST was interviewed. TFO BARRETT also maintains a personal online Facebook profile of which BEST became aware. Unbeknownst to TFO BARRETT, BEST included TFO BARRETT in a Facebook Messenger group chat which involved multiple online Facebook users. TFO BARRETT was later made aware of her inclusion in the Facebook Messenger group chat by one of the other group chat participants concerned about information being posted by BEST.

9. The Facebook Messenger group chat also allows users to posts pictures and videos in addition to text messages. In a series of Facebook Messenger postings made by BEST, he appears to be posing with a firearm. Specifically, in a Facebook Messenger post made by "Himiko Toga" on or about September 2, 2020, a white male wearing a medical mask, distinctive oval prescription glasses, and a lime-green polo-style shirt can be seen posing in a car with a 1911-style semi-automatic pistol. The posted picture has the individual's eyes scribbled out, but based on your AFFIANT's knowledge of BEST's physical appearance, the picture appears to be of BEST while holding a firearm..

10. The firearm as seen in the picture appears to be a 1911-style semiautomatic pistol with a distinctive accessory rail under the barrel. Further, your AFFIANT can see on the side of the barrel a stamped logo which through on-line research is believed by your AFFIANT to be the logo of the "GSG" line of semiautomatic pistols produced by a company called "American Tactical" based in Rochester, New York. Your AFFIANT's research on the GSG line of pistols produced by ATI indicates they are manufactured in Germany and imported into the United States.

11. In a subsequent picture posted by "Himiko Toga", also on or about September 2, 2020, the same individual can been seen posing with what appears to be the same firearm. The individual is wearing the same lime-green polo shirt and medical mask. Rather than the eyes of the person in the picture being scribbled out, there is a pair of "cartoon glasses" pasted over the poster's prescription glasses. The picture is a wider angle, so the person posing can be seen wearing orange or salmon colored shorts or pants and a red silicone bracelet on his right wrist. A partial tattoo can also be seen on the poster's right forearm. Again, based on your AFFIANT's familiarity with BEST's physical appearance, the poster appears to be BEST.

12. In a subsequent posting, also on or about September 2, 2020, Himiko Toga posts two pictures of what appears to be the same firearm while the firearm is sitting in his lap while he is seated in the car. One picture shows the right side of the firearm with the serial number scribbled out, but with the American Tactical logo clearly visible on the slide. The second picture shows what appears to be the loaded magazine ejected from the firearm with the top round in the magazine visible. The round appears to be a hollow-point bullet. The person taking the photo appeared to be holding the magazine for the picture.

13. The text associated with the two pictures stats "Issa 22." Your AFFIANT knows "Issa" to be on-line shorthand for "It is a." Further, your AFFIANT believes the "22" to refer to the caliber of the firearm. In this instance, your AFFIANT believes the phrase "Issa 22" is meant to convey the information that the firearm is a .22 caliber firearm. The picture of the ejected magazine appears to show a .22 caliber bullet. Further, your AFFIANT knows that American Tactical sells a 1911-style semiautomatic pistol chambered for .22 caliber.

14. In a subsequent posting, "Himiko Toga" posts a picture of the left side of the firearm, also while appearing to sit in his lap. Clearly visible in the picture is the GSG logo associated with that line of pistols from American Tactical.

15. In a different picture, also posted on or about September 2, 2020, "Himiko Toga" posts a picture in which he is holding the firearm with a building in the background. Affixed in large white letters over the entrance to the building are the words "Hospital Entrance." "Himiko Toga" appeared to be parked in a vehicle while holding the pistol in the parking lot in front of the entrance to this hospital.

16. Given Brazil, Indiana's proximity to Terre Haute, Indiana, your AFFIANT began an online search of hospitals in the Terra Haute area. Based on online research, your AFFIANT believes the hospital entrance in the background of the picture posted by "Himiko Toga" is the front entrance to the Terra Haute Regional Hospital located at 3901 South 7th Street, Terra Haute, Indiana 47802.

17. In a subsequent picture, also posted on or about September 2, 2020, "Himiko Toga" posts a picture of himself holding the pistol. In this picture, the poster's face is no longer obscured by a mask or photo editing. The poster is wearing the same lime green shirt and prescription glasses. Based on your AFFIANT's knowledge of BEST's appearance and facial features, the poster appears to be BEST.

18. On September 2, 2020, there is a text conversation through Facebook Messenger between 'Himiko Toga" and a profile with the Facebook ID "Maggie" on the group chat. "Maggie" is a participant of the group chat and the conversation was viewed by Barrett. While reviewing the chat, TFO BARRETT found the following exchange over Facebook Messenger

between "Himiko Toga" and the person using Facebook ID "Maggie" that began at 8:37 p.m. on September 2 and ended at 8:42 p.m. on September 2:

- Maggie: I don't give a fuck. You're a convicted felon with a gun. spooky, don't even know how to use it.

- Himiko Toga.: I have 3 felonies so?

19. In a series of messages in the group chat that follow the posting of the pictures on September 2nd, "Himiko Toga" addresses an individual named "Joe" and tells him "Watch yourself" and "Your cop daddy can't always help you". The person using Facebook ID "Maggie" asks "Is that a threat?' to which "Himiko Toga" responds "Wym" and "It's a statement." In my training and experience "Wym" is slang for "what you mean?" Also, several subsequent message postings by "Maggie" and "Jasmine" directed at "Himiko Toga" refer to him as "Drake."

20. Based in part on the above information, your AFFIANT sought and was granted a search warrant for the Facebook account of "Himiko Toga". The search warrant was granted by the Honorable, U.S. Magistrate Judge Craig McKee of the United States District Court for the Southern District of Indiana, Terre Haute Division .The search warrant was granted on September 4, 2020 and served electronically on Facebook on that date.

21. On September 30, 2020, your AFFIANT electronically received the return from Facebook of the account information, to include content, of the account of "Himiko Toga". Relevant to this investigation, the return included the photos as described above as well as additional photographs of the pistol with the serial number no longer obscured. Given the background context of these additional photos, your AFFIANT believed they were taken at the

same time as the photos described above. The serial number of the pistol is clearly visible as A399345.

22. On October 6, 2020, your AFFIANT, along with assisting agents from the Indianapolis Field Office of the FBI made contact with BEST at his known address in Brazil, Indiana. Your AFFIANT along with an assisting agent interviewed BEST on the front porch of his house. Your AFFIANT showed BEST one of the photos from the series of photos posted by "Himiko Toga". BEST identified the firearm as "…my Dad's 1911…" BEST identified his father as GEORGE BEST ["G. BEST"] in Poland, Indiana.

23. BEST was asked by your AFFIANT if he had recently visited the Terre Haute Regional Hospital. BEST stated he had and that was where the photograph was taken. BEST was shown additional photos from the series and acknowledged they were all taken by him while in the parking lot at the Terre Haute Regional Hospital. BEST was holding a firearm in all of these photos.

24. BEST had travelled to the hospital with G. BEST and G. BEST's girlfriend as the girlfriend had a medical appointment. The three of them had travelled together in the girlfriend's truck with BEST as the rear seat passenger. BEST estimated the appointment had been approximately three weeks prior to the current interview.

25. BEST stated that while G. BEST and the girlfriend were in the hospital, BEST jumped into the front seat to charge his phone. It was at this time that BEST saw the gun in the door pocket of the truck and decided to take pictures with the gun to "…make a meme out of it…" BEST identified himself in all the photos where he is shown posing with the firearm.

7

26. BEST admitted to ejecting the magazine from the firearm and taking pictures of the bullets in the magazine. BEST stated he did this to confirm the caliber of the firearm as he thought the firearm may have been a 9mm. BEST described the meme he created as "When people don't want to wear a mask at the hospital, you get mad" or words to that effect.

27. Your AFFIANT asked BEST why the FBI may want to talk with him about his handling a firearm. When BEST expressed that he did not know, your AFFIANT asked BEST if he had been convicted of a felony. BEST responded "I'm a felon. Three-time felon." When further prompted by your AFFIANT if he is allowed to possess any firearms, BEST admitted that he is not allowed given his status, but clarified that he did not post the photos online. Rather, he sent them as part of a group chat. BEST acknowledged that TFO BARRET was a participant in the group chat and that she is known to him as a law enforcement officer. BEST said he includes TFO BARRETT in group chats as he does not like her.

28. BEST acknowledged that a definition of possession is holding an object. BEST then admitted that he knowingly handled and possessed a loaded firearm despite being precluded from such action given his status as a convicted felon.

29. At the conclusion of the interview with BEST, your AFFIANT and the assisting Agents, travelled to the home of G. BEST in Poland, Indiana. G. BEST was shown the photos of BEST holding the firearm while at the Terre Haute Regional Hospital. G. BEST acknowledged that he and his girlfriend had been at the Terre Haute Regional Hospital in late July 2020 for an appointment and that BEST had accompanied them so that BEST could get groceries as BEST does not have a vehicle.

30. When shown the photo of BEST holding the firearm with the hospital entrance in the background and being asked by your AFFIANT if that was the hospital, G. BEST immediately exclaimed "That's Drake!" G. BEST further stated that BEST was holding his [G. BEST's] gun while in his girlfriend's truck. G. BEST was surprised at these pictures as he speculated BEST must have been "snooping" in the truck to find the pistol as G. BEST did not keep it visible in the truck. G. BEST also was shocked as he knew BEST to be a convicted felon and precluded from possessing a firearm.

31. Your AFFIANT asked G. BEST to show your AFFIANT the pistol. G. BEST walked your AFFIANT to the pick-up truck parked in his front yard where the firearm was located in the center console. Your AFFIANT confirmed it was the pistol depicted in the photos based on visual similarities and the serial number. Your AFFIANT asked G. BEST if the FBI could temporarily take possession of the firearm. G. BEST gave permission to seize the firearm and G. BEST was given a receipt for the seizure. The pistol was entered into FBI Evidence Control later that day on October 6, 2020.

32. G. BEST also told your AFFIANT that BEST had stolen another firearm from him approximately a year and a half ago. BEST had stolen a .44 magnum owned by G. BEST and sold it at SNR Shooting Supplies (SNR) in Plainfield, Indiana. G. BEST had been made aware BEST sold the stolen firearm at SNR and G. BEST was forced to buy it back for $200.00.

33. Your AFFIANT travelled to SNR Shooting Supplies in Plainfield, Indiana at the conclusion of the interview with G. BEST. Your AFFIANT spoke with the owner of SNR and confirmed that BEST sold a Taurus M44 revolver (S/N: LR431727 ) to SNR on May 16, 2019. SNR recorded the purchase in the log book, identifying the seller by verifying name and address

against an Indiana driver's license. The driver's license number recorded in the log book (XXXX-XX-6744) was verified by your AFFIANT on October 6, 2020 to be assigned to BEST.

34. On October 25, 2018, BEST was convicted of Dealing in a Schedule II Controlled Substance as a Level 6 Felony in Putnam County Circuit Court under cause number 67C01-1805-F5-000117. On March 17, 2020 BEST was convicted of Theft Where Value of Property is between $750 and $50,000, as a Level 6 felony in Marion County under cause number 49G-1911-F6-043210. On July 11, 2019, BEST was convicted of Fraud as a Level 6 Felony in Hendricks County under cause number 32D05-1905-F6-000521.

35. These felony convictions comport to BEST's admission of having three felony convictions on his record.

36. Your AFFIANT is familiar with American Tactical firearms. Specifically, American Tactical firearms are not produced in the state of Indiana. Also, no manufacturers produce ammunition in the state of Indiana. Your AFFIANT therefore believes that the handgun with which BEST posed in the Facebook Messenger pictures, as well as the ammunition in that firearm, traveled in interstate commerce to arrive in the state of Indiana.

37. Based on the investigation conducted by your AFFIANT, BEST appears to be a three-time convicted felon. This is based on the criminal history check conducted by your AFFIANT as well as BEST's admissions. Further, your AFFIANT telephonically confirmed with the Putnam County (Indiana) Clerk's Office that BEST became a convicted felon on October 26, 2018. This status as a convicted felon pre-dates both instances of BEST possessing a firearm; on or about July 31, 2020 at the Terre haute Regional Hospital and on or about May 16, 2019 at SNR Shooting Sports.

38. Based on the above information, your Affiant has probable cause to believe that BEST violated Title 18 United States Code, Section 922(g) in that he knowingly possessed a firearm while being a prohibited person; specifically, BEST knew he was a convicted felon.

I swear under penalty of perjury that the foregoing is true.

/s/ Steven T. Secor
Steven T. Secor
Special Agent
Federal Bureau of Investigation

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

10/8/2020

_____
VAN WILLIS
United States Magistrate Judge
Southern District of Indiana