UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

FILED

OCT 29 2020

U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | |
| v. | ) | Cause No. 2:20-cr- 14 - JRS -cmm |
| | ) | |
| DRAKE BEST, | ) | |
| | ) | |
| *Defendant.* | ) | |

## INDICTMENT

COUNT ONE
(Possession of a Firearm by a Prohibited Person)
18 U.S.C. § 922(g)(1)

The Grand Jury charges that:

On or about July 31, 2020, within the Southern District of Indiana, Terre Haute Division,

the defendant,

DRAKE BEST,

having knowingly been convicted of one or more felony crimes punishable by imprisonment for a

term exceeding one (1) year, to wit:

a. Theft Where Value of Property is between $750 and $50,000 as a Level 6 felony in
   Marion County Indiana under cause number 49G09-1911-F6-043210, on or about
   March 17, 2020;

b. Fraud as a Level 6 felony in Hendricks County Indiana under cause number 32D05-
   1905-F6-000521, on or about July 11, 2019;

c. Dealing in a Schedule II Controlled Substance as a Level 6 felony in Putnam County
   Indiana under cause number 67C01-1805-F5-000117, on or about October 25, 2018;

did knowingly possess in and affecting commerce a firearm, to wit: a .22 caliber, American Tactical Industries, 1911, semi-automatic handgun.

In violation of Title 18, United States Code, Section 922(g)(1).

COUNT TWO
(Possession of a Firearm by a Prohibited Person)
18 U.S.C. § 922(g)(1)

The Grand Jury charges that:

On or about May 16, 2019, within the Southern District of Indiana, the defendant,

DRAKE BEST,

having knowingly been convicted of one or more felony crimes punishable by imprisonment for a term exceeding one (1) year, to wit:

d. Theft Where Value of Property is between $750 and $50,000 as a Level 6 felony in Marion County Indiana under cause number 49G09-1911-F6-043210, on or about March 17, 2020;

e. Fraud as a Level 6 felony in Hendricks County Indiana under cause number 32D05-1905-F6-000521, on or about July 11, 2019;

f. Dealing in a Schedule II Controlled Substance as a Level 6 felony in Putnam County Indiana under cause number 67C01-1805-F5-000117, on or about October 25, 2018;

did knowingly possess in and affecting commerce a firearm, to wit: a Taurus, M44 revolver.

In violation of Title 18, United States Code, Section 922(g)(1).

2

A TRUE BILL:

FOREPERSON

JOSH J. MINKLER
UNITED STATES ATTORNEY

by:

Amanda Kester
Assistant United States Attorney

3