UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

FILED
OCT 29 2020
U.S. CLERK'S OFFICE
EVANSVILLE, INDIANA

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| v. | ) CAUSE NO. 2:20-cr-14-JRS-CMM |
| DRAKE BEST, | ) |
| Defendant. | ) |

## PENALTY SHEET

You have been charged in an Indictment with a violation of the Laws of the United States of America. The maximum penalties are as follows:

| Count Number | Statute | Years | Fine | Supervised Release |
|---|---|---|---|---|
| 1-2 | 18 U.S.C. § 922(g)(1) Possession of a Firearm by a Prohibited Person | 0-10 | $250,000 | NMT 3 years |

Dated: _____        _____
                                     DRAKE BEST
                                     Defendant

I certify that the Defendant was advised of the maximum penalties in the manner set forth above and that he signed (or refused to sign) the acknowledgement.

_____
United States Magistrate Judge
Southern District of Indiana