# United States District Court

## SOUTHERN DISTRICT OF INDIANA

### Case No.   2:20-CR-00014-JRS

*(write the number including letters of your criminal case)*

**FILED**

**11/18/2022**

**U.S. DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Roger A.G. Sharpe, Clerk**

UNITED STATES OF AMERICA

V.

DRAKE BEST

*(write your name here)*

**MOTION FOR
SENTENCE REDUCTION
PURSUANT TO
18 U.S.C. § 3582(c)(1)(A)**
(COMPASSIONATE RELEASE)

(*Pro Se* Prisoner)

---

## NOTICE

Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## I.      MOTION

I hereby move the court for a reduction in sentence (compassionate release) pursuant to § 603 of the First Step Act of 2018 and 18 U.S.C. § 3582(c)(1)(A).

*Indicate the reasons for your motion, select all that apply:*

☐      I have been diagnosed with a terminal illness.

☐      I have a serious physical or medical condition, that substantially diminishes my ability to provide self-care within the environment of a correctional facility, from which I am not expected to recover.

☐      I have a serious functional or cognitive impairment that substantially diminishes my ability to provide self-care within the environment of a correctional facility, from which I am not expected to recover.

☒      I have deteriorating physical or mental health because of the aging process that substantially diminishes my ability to provide self-care within the environment of a correctional facility, from which I am not expected to recover.

☐      I am (i) at least 65 years old; (ii) am experiencing a serious deterioration in physical or mental health because of the aging process; and (iii) have served at least 10 years or 75 percent of my term of imprisonment, whichever is less.

☐      The caregiver of my minor child or children has died or become incapacitated and I am the only available caregiver for my child or children.

☒      My spouse or registered partner has become incapacitated and I am the only available caregiver for my spouse or registered partner.

☐      I meet *all* the following criteria:
- ▪ I am 70 years or older;
- ▪ I have served 30 years or more of imprisonment pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which I am imprisoned; and
- ▪ I have been determined by the Director of the Bureau of Prisons not to be a danger to the safety of any other person or the community, as provided under section 3142(g).

☒      Other:   My Father, George Best, due to an accident, has become disabled and unable to care for himself

## II.   MOVANT'S INFORMATION

DRAKE BEST

Name

17744-028

Prisoner ID #

FCI - Gilmer

Bureau of Prisons Facility

P.O. Box 6000  Glenville, WV  26351

Institutional Address

## III.   SENTENCE INFORMATION

Date of sentencing:
Term of imprisonment imposed:            35 Months
Approximate time served to date:         Ten Months
Projected release date:                  June 7, 2024
Length of Term of Supervised Release:    Three Years

## IV.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

*WARNING: 18 U.S.C. § 3582(c)(1)(A) allows you to file this motion after you have "fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the warden of the defendant's facility, whichever is earlier."  Your motion may be denied if do not meet these criteria.*

Have you submitted your request for a sentence reduction to the warden of the institution where you are incarcerated?            ☒Yes (Date submitted:10-13-22 )        ☐No

   If no, explain why not:

_____

_____

It has been 30 days since your request was received by the Warden and the Warden has not responded to your petition.                              ☒Yes     ☐No

Was your request denied by the Warden?   ☒Yes (Date denied:_____)        ☐No

Have you received a final administrative denial from either Bureau of Prisons General Counsel or the Director of the Bureau of Prisons?                 ☐Yes   ☒No

## V.    STATEMENT SUPPORTING MOTION

*Briefly describe the reasons supporting your motion.  If you have checked "other" as your reason above, please describe your circumstances and how they apply here.  Explain whether your circumstances were known to the court at the time of sentencing.  Attach additional sheets if necessary, along with any relevant exhibits (to include medical records, if seeking release based on a medical condition).*

Due to an accident on September 29, 2022, my father - George Best, became disabled by shattering the bone in his right leg, rendering him unable to walk or to care for himself. My father's wife died on May 18, 2022, leaving him with no one to attend to his daily needs as my siblings live in another city (See attached medical records). In addition, my wife - Kathleen Best, suffers from a mental disability, and has, also, suffered an accident leaving her left hand and arm immobile and unable to attent to daily living functions. Thus, both individuals require my presence and assistance.

This Defendant has a defective heart condition, autism, and a mental disability which exposes him to serious complications should he become infected with the COVID-19 virus, and, in combination with the needs of his father and wife, constitutes an extraordinary and compelling reason for a sentence reduction, including immediate release.

*Please describe your proposed release plans (employment, medical needs, housing, and financial resources).*

The Defendant will reside at: 504 West Halbert Street, Brazil, Indiana 47834, with his father (George Best), and wife (Kathleen Best). Defendant has employment awaiting with Thomas Moddesit, in Brazil, Indiana, who owns and operates a Furniture Business

## VI. Medical Information
*(Please fill out this section if seeking a release based on a medical condition, if not, please skip to section VII)*

List any medical diagnoses, if any, that are the basis for your motion.

Benign systolic murmur in heart; Bipolar One Mental Disorder; Autism; Attention Deficit

Will you require ongoing medical care if you are released from prison?      ☒Yes ☐No

Have you received the COVID-19 vaccine (mark "yes" even if you have received only the first shot)?      ☒Yes ☐No

If yes, when did you receive the vaccine?      May 12, 2021

If no, have you been offered the vaccine and refused it?      ☐Yes ☐No

If yes, explain why you refused the vaccine.

Do you have health insurance?      ☒Yes ☐No

If yes, provide name of insurance company and policy number. If no, how do you plan to pay for your medical care?

State of Indiana Medicaid

If no, are you willing to apply for government services (i.e. Medicaid/Medicare)? ☐Yes ☐No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release? ☒Yes ☐No

If yes, please include them with your motion. If no, where are the records located?

Are you currently prescribed medication in the institution? ☒Yes ☐No

If yes, list all prescribed medication, dosage, and frequency.

RISPERDAL; PRAZOSIN

Do you require durable medical equipment (e.g. wheelchair, walker, oxygen, prosthetic limbs, hospital bed)? ☐Yes ☒No

If yes, list equipment.

Do you require assistance with self-care such as bathing, walking, toileting? ☐Yes ☒No
If yes, please list the required assistance and how it will be provided.

Do you require assisted living? ☐Yes ☒No
If yes, please provide address of the anticipated home/facility and source of funding to pay for it.

Do you have primary care arranged in the community? ☒Yes ☐No

Provide name and address of your primary care physician.

Dr. Tracey Murray, IU West, Avon, Indiana

Are the people you are proposing to reside with aware of your medical needs? ☒Yes ☐No

Do you have other community support that can assist with your medical needs? ☒Yes ☐No
Provide names, ages, and their relationship to you.

Will you have transportation to and from your medical appointments?   ☒Yes ☐No
Describe method of transportation.

2014 Volkswagon Jetta motor vehicle

## VII.   RELEASE PLAN

Provide proposed address where you will reside if released from prison.

504 West Halbert St, Brazil, Indiana 47834

Provide name and phone number of property owner or renter where you will reside if released from prison.

Kathleen Best   (812) 531-5027

Provide names, ages, and relationship to you of any other residents living at the above listed address? (If the resident is a minor, do not provide the minor's full name; provide only initials.)

George Best (Father) age 51; Kathleen Best (Wife) age 32 years

Do the residents of the home know you are proposing to reside with them?   ☒Yes ☐No

Are they supportive of your request?   ☒Yes ☐No

Are you physically and mentally able to maintain employment?   ☒Yes ☐No

Have you secured employment?   ☒Yes ☐No

Provide name and address of employer and job duties.

Thomas Moddesit, 217 West National Ave, Brazil, Indiana
Laborer

## VIII.   MOVANT'S SIGNATURE

*Sign and date the motion.*

11-14-22
_____
Date

_____
Movant's Signature

DRAKE BEST
_____
Print Name

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## UNITED STATES DISTRICT COURT
### FOR THE
SOUTHERN   DISTRICT OF INDIANA

UNITED STATES OF AMERICA

Case No. 2:20-CR-00014
(write the number of your criminal case)

v.

DRAKE BEST
Write your full name here.

### PROPOSED RELEASE PLAN
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you provide information in this document that you believe should not be publicly available, you may request permission from the court to file the document under seal. If the request is granted, the document will be placed in the electronic court files but will not be available to the public.

Do you request that this document be filed under seal?

☐ Yes

☒ No

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## PROPOSED RELEASE PLAN

To the extent the following information is available to you, please include the information requested below. This information will assist the U.S. Probation and Pretrial Services Office to prepare for your release if your motion is granted.

### A. Housing and Employment

Provide the full address where you intend to reside if you are released from prison:

504 West Halbert Street    Brazil, Indiana 47834

Provide the name and phone number of the property owner or renter of the address where you will reside if you are released from prison:

Kathleen Best   (812) 531-5027

Provide the names (if under the age of 18, please use their initials only), ages, and relationship to you of any other residents living at the above listed address:

Kathleen Best (age 32 years)  My wife

George Best (age 51 years)   My Father

If you have employment secured, provide the name and address of your employer and describe your job duties:

Thomas Moddesit, 217 West National Avenue, Brazil, Indiana

Moving and arranging furniture for display and sale

List any additional housing or employment resources available to you:

## ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

### B. Medical needs

Will you require ongoing medical care if you are released from prison?

☒ Yes

☐ No

Will you have access to health insurance if released?

☒ Yes

☐ No

If yes, provide the name of your insurance company and the last four digits of the policy number. If no, how do you plan to pay for your medical care?

Indiana Medicaid

If no, are you willing to apply for government medical services (Medicaid/Medicare)?

☐ Yes

☐ No

Do you have copies of your medical records documenting the condition(s) for which you are seeking release?

☒ Yes

☐ No

If yes, please include them with your motion. If no, where are the records located?

## ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

### SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

11-14-22
Date

Signature

DRAKE BEST
Name

17744-028
Bureau of Prisons Register #

FCI - Gilmer
Bureau of Prisons Facility

Glenville, WV  26351
Institution's Address

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

# UNITED STATES DISTRICT COURT
## FOR THE
SOUTHERN  DISTRICT OF  INDIANA

UNITED STATES OF AMERICA

v.

Case No. 2:20-CR-00014
(write the number of your criminal case)

DRAKE BEST
Write your full name here.

### MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION
In Support of Motion for Sentence Reduction Under 18 U.S.C. § 3582(c)(1)(A)

---

**NOTICE**

The public can access electronic court files. Federal Rule of Criminal Procedure 49.1 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

---

If you attach documents to this form that you believe should not be publicly available, you may request permission from the court to file those documents under seal. If the request is granted, the documents will be placed in the electronic court files but will not be available to the public.

Do you request that the attachments to this document be filed under seal?

☐ Yes

☒ No

## ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

Are you currently prescribed medication in the facility where you are incarcerated?

☒ Yes

☐ No

If yes, list all prescribed medication, dosage, and frequency:

RISPERDAL    PRAZOSIN

Do you require durable medical equipment (e.g., wheelchair, walker, oxygen, prosthetic limbs, hospital bed)?

☐ Yes

☒ No

If yes, list equipment:

Do you require assistance with self-care such as bathing, walking, toileting?

☐ Yes

☒ No

If yes, please list the required assistance and how it will be provided:

Do you require assisted living?

☐ Yes

☒ No

### ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

If yes, please provide address of the anticipated home or facility and the source of funding to pay for it.

_____

_____

Are the people you are proposing to reside with aware of your medical needs?

☒ Yes

☐ No

Do you have other community support that can assist with your medical needs?

☒ Yes

☐ No

Provide their names, ages, and relationship to you. If the person is under the age of 18, please use their initials only:

George Best (Father) age 51 years

Kathleen Best (Wife) age 32 ywears

Will you have transportation to and from your medical appointments?

☒ Yes

☐ No

Describe method of transportation:

2014 Volkswagon Jetta motor vehicle

_____

ATTACHMENT TO MOTION FOR COMPASSIONATE RELEASE

## MEDICAL RECORDS AND ADDITIONAL MEDICAL INFORMATION

To the extent you have medical records or additional medical information that support your motion for compassionate release, please attach those records or that information to this document.

### SIGNATURE

I declare under penalty of perjury that the facts stated in this attachment are true and correct.

11-14-22
Date

_Drake Best_ (signature)
Signature

Drake Best
Name

17744-028
Bureau of Prisons Register #

FCI Gilmer
Bureau of Prisons Facility

201 FCI Lane Po Box 6000 Glenville, WV 26351
Institution's Address

# Hamilton Center

# Program Discharge Summary

Consumer Name:  Drake Best

Consumer ID:  3102

| Discharge Type: ☒ Program Discharge ☐ Episode Discharge |
|---|

**Program Being Discharged:** MH Care Management Adult

**Diagnosis:**
DSM-5 Diagnoses:
        296.45 (F31.73) Bipolar I Disorder
        314.01 (F90.8) Other Specified Attention-Deficit/ Hyperactivity Disorder
        299.00 (F84.0) Autism Spectrum Disorder

**Presenting Condition:**
Bipolar I Disorder, Attention-Deficit/ Hyperactivity Disorder, Autism Spectrum Disorder

**Summary of Services Provided:**
Cm provided skills services and case management services.

**Progress Toward Goals & Objectives:**
Unchanged

**Reason for Transfer/Discharge:**
Drake went to prison

**Referral(s) Made and Additional Services/Supports Needed including nutritional needs:**
N/A

**Current Information Regarding Medication Management Needs:**
N/A

**Discharge Reason:**
Incarcerated

**Is Client Aware of Discharge Plan?**
Yes

| **Provider's Signature** |
|---|

*Mloyd*

Makala Loyd OBHP                              5/27/2022 7:54.40

# Hamilton Center

# Evaluation and Management
## Service Note

Consumer Name: Drake Best

Consumer ID: 3102

| Thought Content Hallucinations<br>No | Thought Content Delusions<br>No | Insight<br>Fair | Judgment<br>Improved |
|---|---|---|---|
| Suicidal Ideations<br>None | | Homicidal Ideation<br>None | |

## Provider's Signature

Staff Signature/Credentials/Date

*PMHCNS-BC*

*Valerie N. Markley, DNP*

Valerie Markley DNP, PMHCNS-BC                    5/22/2022 16:30.54

## Administrative Information

| Reference No.<br>4044693 | Date of Service<br>5/20/2022 | Service Code<br>21003 - 99213 EVALUATION &<br>MANAGEMENT | Program<br>01 20 - MEDICAL ADULT-RX |
|---|---|---|---|
| Confirmation<br>* ATTENDED -<br>TELEPHONE | Start Time – Stop Time<br>2:30 PM - 3:00 PM | Sub-facility Code<br>45 - PUTNAM COUNTY | Place of Service<br>71 - TELEHEALTH - IN CIRCLE |

# Hamilton Center

# Evaluation and Management Service Note

Consumer Name: Drake Best

Consumer ID: 3102

## Prescriptions and Medications:

| Drug | Sig | Directions to Patient | Comments | Qty | Refills | Duration | Start Date | Stop Date | Presc By |
|------|-----|----------------------|----------|-----|---------|----------|-----------|-----------|----------|
| propranolol (propranolol) -tablet 10 mg | Take 1 tablet twice a day | | | 60 | 3 | 30 Days | 6/16/21 | 7/13/22 | Markley, Valerie |
| Vyvanse (lisdexamfetamine) - capsule 40 mg | Take 1 capsule every morning | TAKE ONE CAPSULE BY MOUTH IN THE MORNING WITH FOOD | | 30 | none | | 1/22/22 | | Markley, Valerie |
| Vyvanse (lisdexamfetamine) - capsule 40 mg | Take 1 capsule by mouth every morning | TAKE ONE CAPSULE BY MOUTH IN THE MORNING WITH FOOD | Please notify client when available. | 30 | none | 30 Days | 3/15/22 | 4/14/22 | Markley, Valerie |
| Vraylar (cariprazine) - capsule 3 mg | Take 1 capsule by mouth every morning | | | 30 | 3 | 30 Days | 3/15/22 | 7/13/22 | Markley, Valerie |

## Vitals

| DESCRIPTION | VALUE | SCALE | DATE TAKEN |
|-------------|-------|-------|------------|
| BMI | 33.75 | lb/in2 | May 9, 2018 2:44:34 PM EDT |
| Pulse | 76 | | May 9, 2018 2:44:34 PM EDT |
| Blood Pressure | 100/70 | | May 9, 2018 2:44:34 PM EDT |
| Height | 68 | in | May 9, 2018 2:44:34 PM EDT |
| Weight | 222 | lbs | May 9, 2018 2:44:34 PM EDT |

## Diagnosis

DSM-5 Diagnoses:
- **296.45   Bipolar I Disorder**
- **314.01   Other Specified Attention-Deficit/ Hyperactivity Disorder**
- **299.00   Autism Spectrum Disorder**

## Plan

# Hamilton Center

## Evaluation and Management Service Note

Consumer Name: Drake Best

Consumer ID: 3102

---

No known drug allergies

Viral meningitis as an infant

No seizures

No traumatic brain injury.

No loss of consciousness

History of benign systolic murmur

No surgery

Sleep study only showed he had very superficial sleep: no apnea. Does not snore

Hearing tested normal

Myopia.

6-9-16: mild hyponatremia suggesting hemo-dilution at 135. Otherwise normal basic metabolic profile, calcium, and albumin. Lithium and thyroid hormones: lithium is 0.7 and TSH is normal. Cholesterol is normal and triglycerides are high. EKG: QT is 452: may use Geodon.

8-29-16: sodium is 136

4-21-17: lithium is 0.6. Normal lipid profile but elevated triglycerides at 182. Low HDL: 32. Normal thyroid hormones. Normal basic metabolic profile including calcium and albumin.

5-8-18: lithium level is 0.1. Glucose is 98. Rest of basic metabolic profile is normal. Lipid profile is normal except for low HDL at 36. Normal TSH.

**Medicines--Past History**

Vyvanse 70 milligrams in the morning sometimes

Not taking lithium or Abilify

**Current Medications**

---

HutsonWood at Brazil

## Physician Order Report: 09/13/2022 - 10/13/2022

## Attending: Mendoza, Camillo  (812) 446-3278

### Best, George

| MR#: | 3183-01 | | | DOB: | 09/29/1971 | Age: 51 | Sex: M |
|------|---------|---|---|------|-----------|---------|--------|
| Room/Bed: | 208/B | Unit: Back Hall | | Admit Date: | 10/10/2022 03:05PM | | |
| Alerts: | | | | Allergies: | | | |

**Diagnoses:** S72.141D Displaced intertrochanteric fracture of right femur, subsequent encounter for closed fracture with routine healing(Primary, Admission),  F32.A Depression, unspecified,  D50.8 Other iron deficiency anemias,  E11.40 Type 2 diabetes mellitus with diabetic neuropathy, unspecified,  E11.65 Type 2 diabetes mellitus with hyperglycemia,  F17.200 Nicotine dependence, unspecified, uncomplicated,  F17.200 Nicotine dependence, unspecified, uncomplicated,  G47.00 Insomnia, unspecified,  I10 Essential (primary) hypertension,  M62.81 Muscle weakness (generalized),  M79.661 Pain in right lower leg,  R29.6 Repeated falls

### COVID 19 flow sheet

| Order Type | Start Date   End Date | Description | Ordered By |
|------------|----------------------|-------------|------------|
| General | 10/10/2022 - Open Ended | Does resident exhibit s/s of COVID 19: temp > 99.0, new onset chills, cough, shortness of breath/difficulty breathing, fatigue, muscle ache, headache, loss of taste/smell, sore throat, congestion/runny nose, nausea/vomiting/diarrhea (If fever AND 1 other symptom place on droplet precaution immediately) Special Instructions: Notify MD, DON, family and write order for droplet precautions and update care plan if yes Every Shift; Days 06:00 AM - 06:00 PM, Nights 06:00 PM - 06:00 AM | Camillo Mendoza MD |

### General flow sheet

| Order Type | Start Date   End Date | Description | Ordered By |
|------------|----------------------|-------------|------------|
| General | 10/10/2022 - Open Ended | Admit To ELC Brazil Special Instructions: IF SKILLED PLEASE INCLUDE IN THE ORDER | Camillo Mendoza MD |
| General | 10/10/2022 - Open Ended | Code Status: Full Code | Camillo Mendoza MD |
| General | 10/10/2022 - Open Ended | Continue current orders and diagnosis x 30 days. Special Instructions: MD to sign new order each month to continue this order. Must enter new order for each month. | Camillo Mendoza MD |
| General | 10/10/2022 - 10/11/2022 (DC Date) | Diet: Regular Diet | Camillo Mendoza MD |
| General | 10/10/2022 - Open Ended | PT/OT/ST eval and treat as indicated | Camillo Mendoza MD |
| General | 10/10/2022 - Open Ended | Resident may be seen by podiatrist, dentist, optometrist, psychiatrist/psychologist/audiologist as needed | Camillo Mendoza MD |
| General | 10/10/2022 - Open Ended | Resident may have LOA with resident representative and meds | Camillo Mendoza MD |
| General | 10/10/2022 - Open Ended | Resident may have wound consult | Camillo Mendoza MD |
| General | 10/11/2022 - Open Ended | Diet: CCHO Regular Diet | Camillo Mendoza MD |
| General | 10/11/2022 - 12/05/2022 | PT clarification: PT eval completed. PT 5x/wk x8 wks. PT may include thera ex, thera acts, NMR, gait training. | Camillo Mendoza MD |
| General | 10/11/2022 - Open Ended | PWB to Right extremity [DX: Displaced intertrochanteric fracture of right femur, subsequent encounter for closed fracture with routine healing] | Camillo Mendoza MD |

### Medications flow sheet

| Order Type | Start Date   End Date | Description | Ordered By |
|------------|----------------------|-------------|------------|
| General | 10/10/2022 - 10/10/2022 | Covid-19 Test upon admission-Enter Testing Information and Results in Preventive Health Once - One Time; 04:00 PM | Camillo Mendoza MD |

### Signatures

| Phys . Sig. | Date: | Above Orders Noted by: | Date: |
|-------------|-------|------------------------|-------|
| R.N. Review | Date: | Pharm Review | Date: |

HutsonWood at Brazil

## Physician Order Report: 09/13/2022 - 10/13/2022

## Attending:  Mendoza, Camillo  (812) 446-3278

### Best, George

| | | | | | | |
|---|---|---|---|---|---|---|
| MR#: | 3183-01 | | | DOB: | 09/29/1971 | Age: 51   Sex: M |
| Room/Bed: | 208/B | Unit: Back Hall | | Admit Date: | 10/10/2022 03:05PM | |
| Alerts: | | | | Allergies: | | |

**Diagnoses:** S72.141D Displaced intertrochanteric fracture of right femur, subsequent encounter for closed fracture with routine healing(Primary, Admission),  F32.A Depression, unspecified,  D50.8 Other iron deficiency anemias,  E11.40 Type 2 diabetes mellitus with diabetic neuropathy, unspecified,  E11.65 Type 2 diabetes mellitus with hyperglycemia,  F17.200 Nicotine dependence, unspecified, uncomplicated,  F17.200 Nicotine dependence, unspecified, uncomplicated,  G47.00 Insomnia, unspecified,  I10 Essential (primary) hypertension,  M62.81 Muscle weakness (generalized),  M79.661 Pain in right lower leg,  R29.6 Repeated falls

### Medications flow sheet

| Order Type | Start Date    End Date | Description | Ordered By |
|---|---|---|---|
| Prescription | 10/10/2022 - Open Ended | melatonin<br>tablet; 5 mg; amt: 1 tablet; oral<br>[DX: Insomnia, unspecified]<br>At Bedtime; 08:00 PM | Camillo Mendoza MD |
| Prescription | 10/10/2022 - Open Ended | morphine - Schedule II<br>tablet extended release; 15 mg; amt: 1 tablet; oral<br>[DX: Pain in right lower leg]<br>Every 12 Hours; 06:00 AM, 06:00 PM | Camillo Mendoza MD |
| Prescription | 10/10/2022 - Open Ended | Neurontin (gabapentin)<br>tablet; 600 mg; amt: 1 tablet; oral<br>[DX: Pain in right lower leg]<br>Three Times A Day; 08:00 AM, 02:00 PM, 08:00 PM | Camillo Mendoza MD |
| Prescription | 10/10/2022 - Open Ended | Nicoderm CQ (nicotine) [OTC]<br>patch 24 hour; 14 mg/24 hr; amt: 1 patch; transdermal<br>[DX: Nicotine dependence, unspecified, uncomplicated]<br>Once A Day; 08:00 AM | Camillo Mendoza MD |
| Prescription | 10/10/2022 - 10/11/2022<br>(DC Date) | oxycodone - Schedule II<br>tablet; 5 mg; amt: 7.5 mg); oral<br>[DX: Displaced intertrochanteric fracture of right femur, subsequent encounter for closed fracture with routine healing]<br>Every 6 Hours - PRN; PRN 1, PRN 2, PRN 3, PRN 4 | Camillo Mendoza MD |
| Prescription | 10/10/2022 - Open Ended | sertraline<br>tablet; 25 mg; amt: 1 tablet; oral<br>[DX: Depression, unspecified]<br>Once A Day; 08:00 AM | Camillo Mendoza MD |
| Prescription | 10/11/2022 - 10/12/2022<br>(DC Date) | oxycodone - Schedule II<br>tablet; 15 mg; amt: 0.5 tablet; oral<br>[DX: Pain in right lower leg]<br>Every 6 Hours - PRN; PRN 1, PRN 2, PRN 3, PRN 4 | Camillo Mendoza MD |
| Prescription | 10/12/2022 - Open Ended | oxycodone - Schedule II<br>tablet; 15 mg; amt: 0.5 tab (7.5 mg); oral<br>[DX: Pain in right lower leg]<br>Every 6 Hours - PRN; PRN 1, PRN 2, PRN 3, PRN 4 | Camillo Mendoza MD |

### Order Sets flow sheet

| Order Type | Start Date    End Date | Description | Ordered By |
|---|---|---|---|
| General | 10/10/2022 - Open Ended | Level of Care: Skilled | Camillo Mendoza MD |

### Signatures

| | | | |
|---|---|---|---|
| Phys .<br>Sig. | Date: | Above Orders<br>Noted by: | Date: |
| R.N.<br>Review | Date: | Pharm<br>Review | Date: |

HutsonWood at Brazil

## Physician Order Report: 09/26/2022 - 10/26/2022

## Attending:  Mendoza, Camillo  (812) 446-3278

### Best, George (Full Code)

| MR#: | 3183-01 | | DOB: | 09/29/1971 | Age: | 51 | Sex: M |

| MR#: | 3183-01 |
|---|---|
| Room/Bed: | 109/A |

**MR#:** 3183-01     **DOB:** 09/29/1971     **Age:** 51     **Sex:** M

**Room/Bed:** 109/A     **Unit:** Front Hall     **Admit Date:** 10/10/2022  03:05PM

**Alerts:**     **Allergies:**

**Diagnoses:** S72.141D Displaced intertrochanteric fracture of right femur, subsequent encounter for closed fracture with routine healing(Primary, Admission),  R29.6 Repeated falls,  F32.A Depression, unspecified,  M62.81 Muscle weakness (generalized),  R26.2 Difficulty in walking, not elsewhere classified,  R26.81 Unsteadiness on feet,  I10 Essential (primary) hypertension,  E11.65 Type 2 diabetes mellitus with hyperglycemia,  E11.40 Type 2 diabetes mellitus with diabetic neuropathy, unspecified,  D50.8 Other iron deficiency anemias,  L89.152 Pressure ulcer of sacral region, stage 2,  R21 Rash and other nonspecific skin eruption,  M79.661 Pain in right lower leg,  F17.200 Nicotine dependence, unspecified, uncomplicated,  G47.00 Insomnia, unspecified,  B37.49 Other urogenital candidiasis(Prelim.)

### Medications flow sheet

| Order Type | Start Date | End Date | Description | Ordered By |
|---|---|---|---|---|
| Prescription | 10/23/2022 - Open Ended | | insulin glargine<br>insulin pen; 100 unit/mL (3 mL); amt: 10 units; subcutaneous<br>[DX: Type 2 diabetes mellitus with diabetic neuropathy, unspecified]<br>Twice A Day; 06:00 AM - 10:00 AM, 06:00 PM - 10:00 PM | Camillo Mendoza MD |

| **Signatures** | |
|---|---|
| Phys .<br>Sig.     Date: | Above Orders<br>Noted by:     Date: |
| R.N.<br>Review     Date: | Pharm<br>Review     Date: |

11/01/2022

Warden
Acting Warden
FCI - Gilmer
Glenville, WV

Date: 10-13-2022

Re:   Request for Release to Home Confinement pursuant to 18 U.S.C. §
3624(c)(2), or Compassionate Release Pursuant to 18 U.S.C. §
3582(c)(1)(A)(i) for inmate Drake Best____, Reg. No. 17744-028

Dear Warden,

   I hereby request that you grant me compassionate release from
imprisonment pursuant to 18 U.S.C. § 3582(c)(1)(A)(i), for "extraordinary and
compelling reasons," or that you transfer me to home confinement for the rest of
my sentence pursuant to 18 U.S.C. § 3624(c)(2), section 12003(b)(2) of the CARES
Act, and Attorney General Barr's April 3, 2020 Memorandum for the Director of the
Bureau of Prisons, "Increasing Use of Home Confinement at Institutions Most
Affected by COVID-19."[1]

   Generally applicable support for my request is outlined below. In addition, the
following factors specific to me (indicated by a check mark below) demonstrate that I
should be granted compassionate release or transferred to home confinement:

   ☒   I am due to be released relatively soon, on ___June 7, 2024_____;

   ☒   The virus has already been detected in my facility;

   ☐   I am over the age of 65;[2]

   ☐   I am over the age of 50;[3]

   ☒   I have the following medical condition(s), which place me at heightened risk
       for infection or severe illness, according to the CDC:
       Defective Heart condition (Benign systolic murmur);
       Mental Disorders (Bipolar 1 Disorder; Specified Attention
   Deficit/Hyperactivity Disorder; Autism Spectrum Disorder);
       Viral meningitis as an infant

---

[1]   Attorney General Memorandum for the Director of Bureau of Prisons, "Increasing Use of Home
Confinement at Institutions Most Affected by COVID-10" (April 3, 2020), available at https://·
www.justice.gov/file/1266661/download (last visited April 6, 2020).

[2]   On July 17, 2020, the CDC modified its guidelines to reflect changing research pertaining to COVID-19.
According to the CDC, the following groups are at increased risk for severe illness or death: People aged 65 or
older, and people with the following medical conditions: (1) cancer; (2) chronic kidney disease; (3) chronic
obstructive pulmonary disease (COPD); (4) immunocompromised state from a solid organ transplant; (5) obesity
(body mass index [BMI] of 30 or higher); (6) serious heart conditions, such as heart failure, coronary artery
disease, and cardiomyopathies; (7) sickle cell disease; and (8) Type 2 diabetes mellitus.  People with the
following conditions and/or risk factors may face an increased risk: (1) asthma (moderate to severe); (2)
cerebrovascular disease; (3) cystic fibrosis; (4) hypertension or high blood pressure; (5) immunocompromised
state from blood or bone marrow transplant, immune deficiencies, HIV, use of corticosteroids, or use of other
immune weakening medicines; (6) neurologic conditions, such as dementia; (7) liver disease; (8) pregnancy; (9)
pulmonary fibrosis (having damaged or scarred lung tissues); (10) smoking; (11) thalassemia (a type of blood
disorder); and (12) Type 1 diabetes mellitus.

[3]   See notes 6-10 and accompanying text, infra.

Release Request re COVID 19: Inmate **Drake Best** Reg No __17744-028__
Page 2

☐ chronic lung disease, specifically

_____ ;

☐ moderate to severe asthma;

☒ heart disease with complications, specifically
Benign systolic   murmur

_____ ;

☒ immunocompromised because of:

__Heart Disease, and Mental Disorders_____ ;

☐ severe obesity (body mass index [(BMI)I]≥40);

☐ diabetes;

☐ renal failure;

☐ liver disease;

☐ I am pregnant;[4]

☒ I have another health condition that I believe could put me at higher risk of
infection or make severe illness more likely, or recovery more difficult.

Obesity
_____

_____

I take the following medications because of the condition(s) I noted above:
Risperdal; Prazosin
_____

_____

☒ I was released on bond before my conviction, and I did not violate any terms of
release.

☒ My criminal history includes no convictions involving violence.

☒ I am serving time for my first conviction.

☒ I have had no disciplinary infractions while serving time.

---

[4] According to the CDC, although "data on COVID-19 has not shown increased risk to people who are
pregnant, they "should be monitored since they are known to be at risk with severe viral illness[.]" *See*
https://www.cdc.gov/coronavirus/2019-ncov/hcp/underlying-conditions.html (last visited Apr. 3, 2020).

Release Request re COVID-19: Inmate <u>Drake Best</u>, Reg ID: <u>17744-028</u>
Page 3

XX  I have participated in the following BOP programing:

    `Threshold Program`

    _____

☒  Other    `Family needs, especially my father who is unable`
`to engage in self-care`

I have a release plan.  If I am released, I will:

`I will return to reside with my wife - Kathleen Best, and my`
`Mother-in-law (Kathy Kolesar), at 504 W. Halbert Street, Brazil,`
`Indiana 47834. I will attend to the needs of my father, who is`
`disabled.`

      In the April 3 Memorandum noted above, the Attorney General formally directed that BOP "immediately review all inmates who have COVID-19 risk factors, as established by the [Centers for Disease Control and Prevention] CDC. . ." because he has found that COVID-19 has created emergency conditions that are "materially affecting" the functioning of the BOP.  To be clear, the Attorney General thus directed the BOP to review "all at-risk inmates – not only those who were previously eligible for transfer" pursuant to § 3624(c)(2).

      But conditions merit transfer to home confinement or release to even more inmates.  Even those younger than 65 and/or otherwise healthy patients are not immune from infection or serious complications.  According to the CDC, nearly 40% of patients hospitalized from coronavirus were 20 to 54 years old.[5]  As of March 16, 2020, more than half of those hospitalized and nearly half of those admitted to an Intensive Care Unit were under the age of 65.[6]  The Intensive Care National Audit and Research Centre in London reports that 45.8% of those between the ages of 50-69 admitted to critical care died in critical care.[7]  Data from China reflects that people over the age of fifty face a greater risk of serious illness or death from COVID-19.[8]  Moreover, public health experts agree that all incarcerated individuals "are at special risk of infection, given their living situations," and "may also be less able to

---

[5] *Younger Adults Make Up Big Portion of Coronavirus Hospitalizations in U.S.*, The New York Times (Mar. 20, 2020), at https://www.nytimes.com/2020/03/18/health /coronavirus-young-people.html (last visited March 31, 2020).

[6] Severe Outcomes Among Patients with Coronavirus Disease 2019 (COVID-19) — United States, February 12–March 16, 2020, *available at* https://www.cdc.gov/mmwr/volumes/69/wr/mm6912e2.htm (last visited Apr. 9, 2020)

[7] ICNARC report on COVID-19 in critical care, ICNARC (Apr. 4, 2020), *available at* file:///C:/Users/rigby/Downloads/ICNARC%20COVID-19%20report% 202020-04-04.pdf%20(2).pdf (last visited Apr. 9, 2020)

[8] Xianxian Zhao, et al., Incidence, clinical characteristics and prognostic factor of patients with COVID-19: a systematic review and meta-analysis (March 20, 2020), *available at* https://www.medrxiv.org/content/10.1101/2020.03.17.20037572v1 (last visited Apr. 9, 2020).

Release Request to COVID-19 Inmate __Drake Best__   Reg No __17744-028__
Page 4

participate in proactive measures to keep themselves safe;" "infection control is challenging in these settings."[9]

In short, the virus puts every incarcerated individual or BOP staff-member at significant risk of infection. This also places the general community at risk because every infection can lead to several more, including those in the community who come into contact with BOP staff who may not show any sign of their infection yet still be contagious.[10] Each additional infection puts a further strain on medical personnel and supplies, which are already overburdened. Transferring me to home confinement or releasing me will decrease the population and risk at this BOP facility, and will reduce risk of infection and strain on the surrounding community, without endangering the greater community.

I ask that you immediately consider my case for transfer to home confinement, or for compassionate release, and that you transfer or release me. Thank you for your consideration.

Respectfully submitted by: ___DRAKE BEST___     Date: October 13, 2022

Reg. No. ___17744-028___

☒ Additional arguments for my request are in pages that follow.

My father is being forced from a Nursing Home Facility where underwent physical therapy for shattered bones in his leg on September 29, 2022, due to a fall. He is unable to pay the costs of a Nursing Home. The treating physicians have stated that he will be unable to engage in self-care, or walk, again. His wife died on May 18, 2022, which after my sentencing hearing. Thus, I am the sole person who can be his Caretaker. Plus, he lost his home, so my Dad must live with me, my wife and mother-in-law at the indicated address.

Further complicating my father's health is his diabetes, and onset of dementia. I am the only person who can meet his needs.

---

[9] "*Achieving A Fair And Effective COVID-19 Response: An Open Letter to Vice-President Mike Pence, and Other Federal, State, and Local Leaders from Public Health and Legal Experts in the United States*," (March 2, 2020), at https://bit.ly/2W9V6oS (last visited March 31, 2020).

[10] "*Infected but Feeling Fine: The Unwitting Coronavirus Spreaders*," New York Times (March 31, 2020), *available at* https://www.nytimes.com/2020/03/31/health/coronavirus-asymptomatic-transmission.html (last visited Apr. 1, 2020); CDC, "How Coronavirus Spreads" webpage ("Some spread might be possible before people show symptoms; there have been reports of this occurring with this new coronavirus . . .").

-4-

Drake Best 17744028
FCI Gilmer
PO Box 6000
Glenville, WV 26351

FILED

NOV 18 2022

U.S. CLERK'S OFFICE
TERRE HAUTE, INDIANA

The office of the
Clerk of the US District Court
921 Ohio Street
Room 104
Terre Haute, IN 47807

UNITED STATES MARSHAL
FACWOB SCREENED BY
X-RAY/MAGNETOMETER

Charleston P&DC 253
WED 16 NOV 2022 AM

